NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NYLE T. SPORTS, JR.,**
*Claimant-Appellant*

v.

**ROBERT WILKIE, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2019-1220

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 17-3135, Judge Amanda L. Meredith.

---

**JUDGMENT**

---

ALEX P. HONTOS, Dorsey & Whitney LLP, Minneapolis, MN, argued for claimant-appellant. Also represented by EVAN JAMES LIVERMORE, LAUREN OLIVIA ROSO.

ERIC LAUFGRABEN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by WILLIAM JAMES GRIMALDI, JOSEPH H. HUNT, ROBERT EDWARD KIRSCHMAN, JR., LOREN MISHA PREHEIM;

MARTIE ADELMAN, BRIAN D. GRIFFIN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 6, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court